# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Raymond E. Blake, Karen D. Guy
_____
Plaintiff

v.

Raymond D. Armstrong, Shawn Margyniak, David C. Rosenblum
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-230

I, Raymond Blake, Karen Guy _____ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes  [ ] No  (If "No" go to Question 2)

   If "YES" state the place of your incarceration  H.R.Y.C.I (Howard R. Young Correctional Institute)

   Inmate Identification Number (Required): SBI#377092

   Are you employed at the institution? ____  Do you receive any payment from the institution? ✗

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?  [ ] Yes  [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Performance Enterprises, $450.00 per week, Ryan Rd.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       [ ] Yes  [X] No
   b. Rent payments, interest or dividends                [ ] Yes  [X] No
   c. Pensions, annuities or life insurance payments      [ ] Yes  [X] No
   d. Disability or workers compensation payments         [ ] Yes  [X] No
   e. Gifts or inheritances                               [ ] Yes  [X] No
   f. Any other sources                                   [ ] Yes  [X] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   NONE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   ☒ No

   If "Yes" state the total amount $ 0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   • • Yes   ☒ No

   If "Yes" describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

RAYMOND E. BLAKE:
- Janasia Blake (daughter)
- Bernard Blake (brother)
- Claudia Brittingham (grandmother)
- Quran Guy (stepson)

KAREN D. GUY:
- Janasia Blake – daughter
- Keya Guy – sister
- Anna Guy – mother
- Quran Guy – son

I declare under penalty of perjury that the above information is true and correct.

4/28/07
DATE

Ray Blake   Karen D. Guy
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case 1:07-cv-00230-JJF    Document 1    Filed 04/30/2007    Page 3 of 3



Raymond E. Blake
SBI #377092
P.O. Box 9561
H.R.Y.C.I.
Wilmington, DE. 19809

WILMINGTON DE 197
27 APR 2007 PM 3 L

Office of the Clerk
United States District
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

```
                                              07-  230
RESIDENT HISTORY REPORT                                              Page 1 of 2

HRYCI
01/08/07 14:54
ST 006 / OPR KJG

SBI               :  377092
Resident Name     :  BLAKE, RAYMOND
Time Frame        :  01/13/2004 18:17 - 01/08/2007 14:54
```



```
Date        Time    Type          ST   OPR     Receipt #      Amount      Balance
------------------------------------------------------------------------------------

01/13/2004  18:17   Intake         1   cobra   A3211            0.54         0.54
01/15/2004  08:51   Add            4   SED     D51            334.00       334.54
01/16/2004  15:12   Add            7   SZG     G105            17.64       352.18
01/22/2004  06:02   Order          2   WLH     B1002           58.57       293.61
01/29/2004  06:03   Order          2   WLH     B1846           33.19       260.42
01/29/2004  07:48   Order          3   WLH     C319            99.00       161.42
01/29/2004  09:58   Credit         3   WLH     C332             7.60       169.02
01/30/2004  09:19   Credit         3   WLH     C363            99.00       268.02
02/03/2004  12:12   Add            4   RWW     D970            50.00       318.02
02/04/2004  08:29   Order          2   DDT     B2640           50.56       267.46
02/05/2004  08:43   Credit         3   WLH     C474             4.98       272.44
02/11/2004  06:00   Order          2   DDT     B3742           36.49       235.95
02/11/2004  12:41   Add            4   RWW     D1499           25.00       260.95
02/13/2004  14:00   Add            7   SZG     G464            47.07       308.02
02/17/2004  08:26   Add            8   RP      H803            25.00       333.02
02/18/2004  06:44   Order          2   IM      B4630           60.00       273.02
02/18/2004  15:03   Add            4   RWW     D1881           25.00       298.02
02/19/2004  10:38   Withdrawal     6   PLF     F758            50.00       248.02
02/25/2004  06:06   Order          2   IM      B5671           59.24       188.78
03/03/2004  14:19   Order          2   DDT     B6844           40.19       148.59
03/04/2004  09:27   Credit         3   WLH     C1139            4.49       153.08
03/09/2004  13:02   Order          2   DDT     B7729           43.14       109.94
03/11/2004  09:01   Order          3   WLH     C1232            1.66       108.28
03/16/2004  11:09   Add            7   SZG     G763            39.20       147.48
03/16/2004  11:37   Add            4   RWW     D3406           25.00       172.48
03/17/2004  11:43   Order          2   DDT     B8901           29.80       142.68
03/17/2004  14:13   Order          3   WLH     C1382            3.70       138.98
03/22/2004  13:14   Add            4   CK      D3688           20.00       158.98
03/23/2004  13:43   Order          2   DDT     B9882           59.97        99.01
03/30/2004  11:46   Order          2   DDT     B10898          49.21        49.80
04/07/2004  10:49   Order          2   IM      B11911          49.80         0.00
04/07/2004  13:11   Credit         3   WLH     C1705            4.14         4.14
04/13/2004  11:47   Rec Payment    7   SZG     G1141            0.74         3.40
04/13/2004  11:58   Order          2   DDT     B12785           3.36         0.04
04/17/2004  11:14   Add            8   RLT     H2415           50.00        50.04
04/20/2004  07:01   Add            7   KTS     G1195           53.64       103.68
04/21/2004  05:59   Order          2   DDT     B13806          59.78        43.90
04/26/2004  11:38   Add            4   SED     D5535           50.00        93.90
04/27/2004  11:54   Order          2   DDT     B14734          48.75        45.15
05/05/2004  13:11   Order          3   WLH     C2006           39.83         5.32
05/11/2004  12:17   Order          2   DDT     B16470           5.31         0.01
05/18/2004  09:54   Add            7   KTS     G1891           20.16        20.17
05/18/2004  11:43   Add            4   SED     D6675           20.00        40.17
05/19/2004  09:37   Order          2   IM      B17560          35.80         4.37
05/21/2004  12:22   Close          6   PLF     F3581            4.37         0.00
05/05/2005  10:58   Reopen         5   DMF     E8086           11.48        11.48
05/09/2005  07:49   Order          2   DDT     B62518          11.48         0.00
05/09/2005  14:55   Add            4   SED     D25220          50.00        50.00
05/13/2005  09:36   Credit         9   WLH     I3262           11.48        61.48
08/03/2005  09:43   Close          6   kjg     F13116          61.48         0.00
08/26/2005  14:32   Reopen         5   bsf     E10152          21.75        21.75
03/14/2006  14:39   Close          6   kjg     F17643          21.75         0.00
09/09/2006  10:09   Reopen         5   rharr   E17213         125.72       125.72
09/11/2006  11:10   Reopen-Rev     5   kjg     E17244         125.72         0.00
09/11/2006  11:12   Add            5   kjg     E17245         115.72       115.72
09/18/2006  05:53   Order          2   WLH     B132856         59.92        55.80
09/25/2006  07:03   Order          2   WLH     B134079         55.24         0.56
10/01/2006  10:04   Add            8   GLD     H24625          45.00        45.56
```

RESIDENT HISTORY REPORT

Page 2 of 2

HRYCI
01/08/07 14:54
ST 006 / OPR KJG

```
SBI            : 377092
Resident Name  : BLAKE, RAYMOND
Time Frame     : 01/13/2004 18:17 - 01/08/2007 14:54
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/02/2006 | 09:08 | Order | 2 | DDT | B135101 | 25.64 | 19.92 |
| 10/09/2006 | 06:55 | Order | 2 | DDT | B136113 | 17.62 | 2.30 |
| 10/11/2006 | 12:54 | Add | 4 | SEA | D56160 | 50.00 | 52.30 |
| 10/16/2006 | 10:28 | Order | 2 | DDT | B137230 | 46.50 | 5.80 |
| 10/16/2006 | 11:14 | Credit | 2 | DDT | B137278 | 3.32 | 9.12 |
| 10/16/2006 | 11:15 | Rec Payment | 10 | bsp | J6299 | 8.50 | 0.62 |
| 10/23/2006 | 09:00 | Order | 2 | DDT | B138340 | 0.59 | 0.03 |
| 10/24/2006 | 13:19 | Add | 4 | SED | D57021 | 20.00 | 20.03 |
| 10/30/2006 | 08:24 | Order | 2 | WLH | B139340 | 19.61 | 0.42 |
| 11/03/2006 | 08:33 | Add | 8 | bsf | H25539 | 50.00 | 50.42 |
| 11/03/2006 | 13:00 | Rec Payment | 10 | bsp | J6552 | 8.75 | 41.67 |
| 11/06/2006 | 10:27 | Order | 2 | WLH | B140579 | 40.85 | 0.82 |
| 11/10/2006 | 11:31 | Add | 4 | SED | D58044 | 13.00 | 13.82 |
| 11/13/2006 | 09:58 | Order | 2 | WLH | B141460 | 13.76 | 0.06 |
| 11/14/2006 | 14:06 | Add | 4 | SED | D58161 | 20.00 | 20.06 |
| 11/20/2006 | 08:55 | Order | 2 | WLH | B142484 | 19.55 | 0.51 |
| 11/27/2006 | 13:03 | Add | 4 | CAR | D58932 | 20.00 | 20.51 |
| 11/27/2006 | 13:34 | Order | 2 | WLH | B143695 | 19.73 | 0.78 |
| 12/04/2006 | 09:33 | Order | 2 | DDT | B144513 | 0.72 | 0.06 |
| 12/08/2006 | 11:25 | Add | 8 | bsf | H26489 | 50.00 | 50.06 |
| 12/13/2006 | 11:10 | Rec Payment | 10 | bsp | J7427 | 0.50 | 49.56 |
| 12/13/2006 | 14:13 | Add | 8 | bsf | H26636 | 50.00 | 99.56 |
| 12/18/2006 | 10:11 | Order | 2 | WLH | B146707 | 55.76 | 43.80 |
| 12/20/2006 | 13:46 | Add | 4 | J | D60447 | 25.00 | 68.80 |
| 12/26/2006 | 12:25 | Order | 2 | WLH | B147819 | 38.73 | 30.07 |
| 01/02/2007 | 08:44 | Order | 2 | DDT | B148527 | 29.90 | 0.17 |
| 01/03/2007 | 10:24 | Credit | 3 | WLH | C17189 | 2.13 | 2.30 |
| 01/07/2007 | 11:13 | Add | 8 | GLD | H27309 | 20.00 | 22.30 |

Raymond E. Blake
SBI #377092
P.O. Box 9561
H.R.Y.C.I.
Wilmington, DE. 19809

WILMINGTON DE 197
27 APR 2007 PM 3 L

Office of the Clerk
United States District
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570