(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Raymond E. Blake #377092
(Name of Plaintiff)          (Inmate Number)

1301 E. 12th St. 19809
(Complete Address with zip code)

(2) Karen D. Guy —
(Name of Plaintiff)          (Inmate Number)

26 winchester Rd. APt. J
(Complete Address with zip code)
Newark, DE. 19713
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Raymond D. Armstrong
(2) Shawn Margyniak
(3) David C. Rosenblum
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

07 - 230

(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

Jury Trial Requested

---

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

Raymond E. Blake V. Minner, Danlberg, Margyniak, Baker, Szczerba, Prado #07-125 JJF 2007.

_____

_____

_____



FILED

APR 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution? ⊠Yes ··No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims? ⊠Yes ··No

C.    If your answer to "B" is Yes:

1. What steps did you take? I wrote both of these gentlemen up to displinary counsel.

2. What was the result? Nothing so far.

D.    If your answer to "B" is No, explain why not: _____

III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Raymond D. Armstrong

Employed as Public Defender at Superior Court

Mailing address with zip code: Public Defender of the State of Delaware Carvel state office build. 820 N. French street, Third Floor, Wilm, DE. 19801

(2) Name of second defendant: Shawn Margyniak

Employed as Deputy Attorney General at Superior Court

Mailing address with zip code: Attorney General's Office 8th Floor, Carvel, state office build, 820 N. French St. Wilm, DE. 19801

(3) Name of third defendant: David C. Rosenblum

Employed as Police officer at Wilmington Police Dept.

Mailing address with zip code: Wilmington Police Dept. Public service build. 4th & Walnut Street Wilm, DE. 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Mr. Armstrong has made numerous insulting comments to me. He has called me remedial, stupid, low life drug dealer and he's even written me threatening letters. Mr. Armstrong is my public Defender he has been representing me since sept. 8th, 2006 up until May 17th, 2006.

2. Mr. David C. Rosenblum tried to bribe me into turning in local drug dealers and when I refused he placed several charges on me and falsified his police report in order to get me found guilty in the court of law.

3. Mr. David C. Rosenblum along with Shawn Margyniak contacted my child's mother Karen Guy and coerced her into making a false statement against me in order to find me guilty at trial. Documents are posted at superior courts prothonotary's office.

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be compensated for post-traumatic stress, loss of time and deprivation of society, physical duress, seperation of family, mental duress, wrongful imprisonment, defamation of character, loss of parental bonding and influence in the developmentally formative years of child-rearing; punitive & compensatory damages

2. *I would like A full investigation of this matter.*

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28th___ day of ___April___ , 200 7 .

_Raymond E. Blake_
(Signature of Plaintiff 1)

_Karen D. Guuy_
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Raymond E. Blake
SBI # 377092
P.O. Box 9561
H.R.Y.C.I
Wilmington DE. 19809

WILMINGTON DE 197
27 APR 2007 PM 3 L

Office of the Clerk
United States District
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3556