6-10-07

Case # 07-230 JJF

To whom it may concern,

My name is Raymond E. Blake SBI #377092. And the reason that I am writting you is to inform you that I've already completed a 1983 form in this particular case. I have already sent a completed 1983 form along with my (6) six month inmate account form and Application To proceed in forma Pauperis. Please investigate my situation thankyou for your Time & patience!

sincerely,
Raymond E. Blake
RAYMOND E. BLAKE
SBI #377092
D.C.C.
1181 Paddock Rd.
Smyrna, Del. 19943

07cv230 JJF
FILED
JUN 13 2007
RG scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Raymond E. Blake
SBI # 377092
H.R.Y.C.I.
P.O. Box 9561
Wilmington, DE. 19809

WILMINGTON DE 197
12 JUN 2007 PM 2
USA 41

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE. 19801