IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE and KAREN D. GUY, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-230-JJF |
| RAYMOND D. ARMSTRONG, SHAWN MARGYNIAK, and DAVID C. ROSENBLUM, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Plaintiffs Raymond E. Blake and Karen D. Guy filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, and submitted a joint Application To Proceed Without Prepayment Of Fees;

WHEREAS, on May 23, 2007, the Court entered an Order requiring Plaintiffs, within 30 days from the date the Order was sent, to submit a separate Applications To Proceed Without Prepayment Of Fees or they would face dismissal (D.I. 4);

WHEREAS, to date, the required documents have not been received from Plaintiff Karen D. Guy;

THEREFORE, at Wilmington this 3 day of July, 2007, IT IS HEREBY ORDERED that Plaintiff Karen D. Guy is **DISMISSED WITHOUT PREJUDICE**.

_____
UNITED STATES DISTRICT JUDGE