7/11/07

To whom it may concern,

07-125; 07-230; 07-405

My name is Raymond E. Blake SBI #377092. And I'm a plaintiff in three pending cases in the District Court. The reason that I am writting is in regards to a docket sheet. I would like you to forward me a Docket Sheet so I can know my status of litigation. And if it's possible can you please forward me a copy of the last sent notice or letter from the court, because the sgt. here at Delaware Correctional Center told me that my mail was misplaced, and I never received it.

Thankyou for your time & patience!

Respectfully submitted,
Raymond E. Blake
RAYMOND E. Blake
D.C.C.
1181 Paddock, RD.
Smyrna, DE 19943



FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Raymond E. Blake
SBI# 377092  UNIT Pretrial B-TierR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postmark: WILMINGTON DE 197, JUL 12 2007, $00.41, MAILED FROM ZIP CODE 19977]

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570