1:07-CV-230-JJF
7-24-07

To whom it may concern,

My name is Raymond E. Blake case# 1:07-CV-230-JJF. And I am writting in reference of adding on more Defendants to my 1983 suit considering that I just was found "NOT GUILTY" A second time in another malicious prosecution involving relevant names to this proceeding. Some names are similar only showing a continuous and or on going retaliation being directed against me in the state of Delaware. And I also would like A spell check on one named Defendant in cases 1:07-CV-230-JJF aswell as 1:07-CV-125-JJF and that name is: SHAWN MARTYNIAK (NOT) SHAWN MARGYNIAK
"Proper Spelling"                              "incorrect spelling"

other add on Names to case# 1:07-CV-230-JJF
4. Ruth Ann Minner, Governor
5. Carl C. Danberg, Commissioner
6. Joseph R. Biden III, Attorney General
7. James M. Baker, Mayor
8. Michael J. Szczerba, Police chief
9. DRUG MUG, City counsel
10. unknown FRIEDENREICH, Probation officer
11. Mark Lewis, Probation officer
12. unknow BROWN, Police officer
13. Mary M. Johnston, superior court Judge
14. Peggy L. Ableman, superior court Judge
15. Karen D. Guy, state's witness
16. Manonchek C. Young, Law library clerk (D.C.C.)
17. Michael Little, Law library clerk (D.C.C.)

FILED JUL 26 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

<u>Continuation of add on Names</u>

21. C.M.S., Correctional Medical Service
22. Janice Henry, Captain (D.C.C.)
23. Stacey Hollis, Counselor (D.C.C.)
24. Natasha L. Hollingsworth, Sgt. (D.C.C.)
25. Ronald Holsterman, Supervisor of counselors (D.C.C.)

Respectfully submitted;
Raymond E. Blake
RAYMOND E. Blake
1181 PADDOCK, RD.
SMYRNA, DE. 19977

Raymond E. Blake
SBI# 377092   UNIT Pretrial
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUL 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570