IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND E. BLAKE, | : | |
| Plaintiff, | : | |
| v. | : | Civ. Action No. 07-230-JJF |
| C.M.S., et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, the Court was advised that Plaintiff was released from prison and of his new address;

WHEREAS, on November 29, 2007, Plaintiff notified the Court that he is again incarcerated (D.I. 27);

THEREFORE, at Wilmington this __10__ day of December, 2007,

IT IS HEREBY ORDERED:

1. Plaintiff's filing fee is reinstated and he shall make payments pursuant to the Court's Order dated July 5, 2007 (D.I. 8).

2. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE