OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 18, 2008

TO: Raymond E. Blake
     SBI# 377092
     Sussex Community Correctional Center (SCCC)
     23207 DuPont Boulevard
     Georgetown, DE 19947

   **RE: U.S. Marshal 285 Forms**
       *Civ. No.* 07-230(JJF)

Dear Mr. Blake:

   Please be advised that the USM 285 forms for Michael Stewart and James R. Baker are enclosed and returned herewith. Michael Stewart is not a listed defendant in the above-mentioned civil action. And James M. Baker was dismissed as a defendant on 10/19/07, DI 18.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/ead                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Returned USM 285 forms