IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
RAYMOND E. BLAKE,                :
                                 :
          Plaintiff,             :
                                 :
     v.                          :  Civ. Action No. 07-230-JJF
                                 :
MANONCHEK C. YOUNG, MICHAEL      :
LITTLE, ANGELO JOHNSON,          :
RAPHAEL WILLIAMS, THOMAS         :
CARROLL, C.M.S., JANICE HENRY,   :
STACEY HOLLIS, NATASHA L.        :
HOLLINGSWORTH, and RONALD        :
HOLSTERMAN,                      :
                                 :
          Defendants.            :
```

**MEMORANDUM ORDER**

Plaintiff Raymond E. Blake ("Plaintiff"), an inmate at the

Sussex Correctional Institution ("SCI"), Georgetown, Delaware,

filed this civil rights action pursuant to 42 U.S.C. § 1983.  He

appears pro se and was granted in forma pauperis status pursuant

to 28 U.S.C. § 1915.  (D.I. 8.)

On August 1, 2007, his original Complaint was dismissed as

frivolous and for failure to state a claim upon which relief may

be granted and the case was closed.  (D.I. 13.)  An Amended

Complaint was filed, adding new Defendants and claims.  (D.I.

15.)  The Amended Complaint was screened, and many of the

Defendants and claims were dismissed.  Of the claims dismissed,

most were dismissed with prejudice, but Plaintiff's excessive

force claim and verbal claims against Defendant Natasha

Hollingsworth ("Hollingsworth") was dismissed without prejudice.

Plaintiff was allowed to proceed against Defendants C.M.S.,

Thomas Carroll, Natasha L. Hollingsworth, Janice Henry, and

Stacey Hollis on the Eighth Amendment medical needs claim;

against Defendants Manonchek C. Young, Michael Little, Angelo

Johnson, Raphael Williams, Thomas Carroll, Janice Henry, Stacey

Hollis, Ronald Holsterman, and Natasha L. Hollingsworth on the

retaliation claims; and against Defendants Manonchek C. Young,

Michael Little, Angelo Johnson, Raphael Williams, Thomas Carroll,

Janice Henry, Stacey Hollis, and Ronald Holsterman on the access

to the courts claims.  On January 18, 2008, Plaintiff filed

another Amended Civil Rights Complaint (hereafter ("First Amended

Complaint").  (D.I. 24.)

The Court's Memorandum Opinion dated October 19, 2007,

contains a detailed description of the claims raised in the

Amended Complaint.  The First Amended Complaint is similar to the

Amended Complaint, in that it contains all the claims raised

against the remaining Defendants, including some dismissed with

prejudice.  The claims that were dismissed without prejudice are

also included, but those claims are insufficient pled in the

First Amended Complaint.  While the First Amended Complaint does

not include the allegations against the previously dismissed

Defendants, it nonetheless is basically duplicative of the

Amended Complaint.

THEREFORE, at Wilmington this ___ day of April, 2008, IT IS

HEREBY ORDERED as follows:

1.   The First Amended Complaint (D.I. 24) is **STRICKEN** as

duplicative.

2.   Service will proceed as outlined in the Court's October 19, 2007 Order.  All USM-285 forms have been received.  As set forth in the Court's October 19, 2007 Order, the Plaintiff shall provide the Court with copies of the Amended Complaint (D.I. 15) for service upon the remaining Defendants and the Attorney General.  Plaintiff shall provide said copies within **thirty days** from the date of this Order.  **Failure to timely provide copies of the Amended Complaint may result in dismissal of the case**

3.   Plaintiff's Motion For Leave To Proceed In Forma Pauperis is **DENIED** as **moot**.  (D.I.23.)  Plaintiff was granted leave to proceed in forma pauperis on July 5, 2007.  (See D.I. 8.)

_____
UNITED STATES DISTRICT JUDGE