4/18/08

To whom it may concern,

My name is Raymond E. Blake case #1:07-CV-230 JJF., And I'm writting in regards to A court order that I received today from the honorable judge and/or court. I was told in my court order that My First Amended complaint is "STRICKEN" as duplicative; and that I must provide the court with copies of the Amended complaint for service upon the remaining defendants as previously ordered on October 19, 2007. It was also written in this brandnew order that I received that the court received All USM-285 forms that I forwarded. Well if that statement serves to be correct, well the court should have also received the same amount of Amended complaint copies as the USM-285 forms, because I mailed and or had the law librarian mail all said-forth materials together. I was charged $80 (+) dollars for all copies aswell as Mailing fee by the law librarian lady on 2-27-08. So the court should have received all materials. I've also enclosed proof that is labeled as Exhibit "A" (My inmate account sheet.) Please investigate!
  Thankyou for your time & patience!

*P.S. I also filed A motion for legal representation, because I feel as though I am not competant enough to handle these matters on my own, so please appoint me legal representation.

Respectfully submitted.,
Raymond E. Blake
Raymond E. Blake
pretrial #3  SBI#377092
SCI   Rm #323
P.O. Box 500
Georgetown, DE. 19947

FILED
APR 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## View Inmate Transactions

Enter SBI: 00377092    Enter Last Name:

Business Office Comments:

| SBI | LName | FName | MN | Suffix | BldgId | CurrentBal | Med_Hold | NonMed |
|---|---|---|---|---|---|---|---|---|
| 00377092 | BLAKE | RAYMOND | E | | PRE-TRIAL UNIT 3 | $753.52 | $0.00 | $0.00 |

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00377092 | Committed | $0.00 | 12/28/2007 | |
| 00377092 | Medical | $0.00 | 1/2/2008 | |
| 00377092 | Postage-Commissa | $0.00 | 1/2/2008 | |
| 00377092 | Copies | $0.00 | 1/3/2008 | |
| 00377092 | Postage | $0.00 | 1/3/2008 | |
| 00377092 | Postage | $0.00 | 1/3/2008 | |
| 00377092 | Postage | $0.00 | 1/3/2008 | |
| 00377092 | Copies | $0.00 | 1/17/2008 | |
| 00377092 | Postage | $0.00 | 1/17/2008 | |
| 00377092 | Postage | $0.00 | 1/17/2008 | |
| 00377092 | Postage | $0.00 | 1/17/2008 | |
| 00377092 | Medical | $0.00 | 1/30/2008 | |
| 00377092 | Copies | $0.00 | 1/31/2008 | |
| 00377092 | Postage | $0.00 | 1/31/2008 | |
| 00377092 | Postage | $0.00 | 1/31/2008 | |
| 00377092 | Postage | $0.00 | 1/31/2008 | |
| 00377092 | Postage | $0.00 | 1/31/2008 | |
| 00377092 | Postage | $0.00 | 1/31/2008 | |
| 00377092 | Postage-Commissa | $0.00 | 2/6/2008 | |
| 00377092 | Copies | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Postage | $0.00 | 2/7/2008 | |
| 00377092 | Medical | ($4.00) | 2/11/2008 | |
| 00377092 | Medical | ($6.00) | 2/11/2008 | |
| 00377092 | Mail CK | $500.00 | 2/11/2008 | DIAMOND STATE FED CREDIT UNI |
| 00377092 | Commissary | ($65.04) | 2/20/2008 | |
| 00377092 | Pay-To | ($100.00) | 2/22/2008 | DANIELLE BOWE |
| 00377092 | Pay-To | ($200.00) | 2/22/2008 | WHITNEY C BLAKE |
| 00377092 | Mail MO | $300.00 | 2/25/2008 | DIAMOND STATE FED CR UNION |
| 00377092 | Copies | $0.00 | 2/26/2008 | |
| 00377092 | Postage | $0.00 | 2/26/2008 | |

| SBI | TransName | Amt | TransDt | SourceName |
|---|---|---|---|---|
| 00377092 | Postage | $0.00 | 2/26/2008 | |
| 00377092 | Postage | $0.00 | 2/26/2008 | |
| 00377092 | Postage | $0.00 | 2/26/2008 | |
| 00377092 | Postage | $0.00 | 2/26/2008 | |
| 00377092 | Postage | $0.00 | 2/26/2008 | |
| 00377092 | Commissary | ($21.74) | 2/27/2008 | |
| 00377092 | Copies | ($6.25) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($1.56) | 2/27/2008 | |
| 00377092 | Postage-Commissa | ($2.15) | 2/27/2008 | |
| 00377092 | Copies | ($1.50) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($7.08) | 2/27/2008 | |
| 00377092 | Postage | ($7.08) | 2/27/2008 | |
| 00377092 | Postage | ($2.58) | 2/27/2008 | |
| 00377092 | Copies | ($71.50) | 2/27/2008 | |
| 00377092 | Postage-Commissa | ($2.15) | 2/27/2008 | |
| 00377092 | Copies | ($7.50) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.44) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Copies | ($7.50) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Postage | ($0.61) | 2/27/2008 | |
| 00377092 | Mail CK | $200.00 | 3/3/2008 | DIAMOND ST FED CR UNION |
| 00377092 | Commissary | ($23.47) | 3/5/2008 | |
| 00377092 | Mail CK | $300.00 | 3/6/2008 | DIAMOND ST FED CR UNION |

*Exhibit "A"

Close Form

Case 1:07-cv-00230-JJF    Document 27    Filed 04/22/2008    Page 4 of 4

