

049J82023030
$02.36⁰
05/19/2008
Mailed From 19801
US POSTAGE

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON, DE 19801



RECEIVED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07-230



RTS Released ANK

Raymond E. Blake
SBI 377092
Sussex Correctional Institution (SCI)



RTS  Attempted  ○ A C S
RETURN TO SENDER  NOT KNOWN

6000D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, :
:
      Plaintiff, :
:
v. : Civ. Action No. 07-230-JJF
:
MANONCHEK C. YOUNG, MICHAEL :
LITTLE, ANGELO JOHNSON, :
RAPHAEL WILLIAMS, THOMAS :
CARROLL, C.M.S., JANICE HENRY,:
STACEY HOLLIS, NATASHA L. :
HOLLINGSWORTH, and RONALD :
HOLSTERMAN, :
:
      Defendants. :

### MEMORANDUM ORDER

    Plaintiff Raymond E. Blake ("Plaintiff"), an inmate at the Sussex Correctional Institution ("SCI"), Georgetown, Delaware, filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears pro se and was granted in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 8.)

    On August 1, 2007, Plaintiff's original Complaint was dismissed as frivolous and for failure to state a claim upon which relief may be granted and the case was closed. (D.I. 13.) On August 6, 2007, Plaintiff filed an Amended Complaint, adding new Defendants and claims. (D.I. 15.) The Court screened the Amended Complaint and allowed Plaintiff to proceed with certain claims against some Defendants. (D.I. 18.)

    On January 18, 2008, Plaintiff filed another Amended Complaint (hereafter ("First Amended Complaint"). (D.I. 24.)

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE
    PLAINTIFF

VS.

RUTH ANN MINNER, Governor
CARL C. DANBERG, commissioner of corrections
JOSEPH R. BIDEN III, Attorney General
JAMES M. BAKER, Mayor
MICHAEL J. SZCZERBA, Police chief
SHAWN MARTYNIAK, Deputy Attorney General
DRUG MUG, city counsel
DAVE C. ROSENBLUM, wilmington senior police officer
_____ FRIEDENREICH, Probation officer
MARK LEWIS, Probation officer
RAYMOND D. ARMSTRONG, Assistant Public Defender
_____ BROWN, wilmington Police officer
MARY M. JOHNSTON, superior court Judge
PEGGY L. ABLEMAN, superior court Judge
KAREN D. GUY, state's witness
MANONCHEK C. YOUNG, Law Library clerk (D.C.C.)
MICHAEL LITTLE, supervising Law Library clerk (D.C.C.)
ANGELO JOHNSON, Law Library clerk (H.R.Y.C.I.)
RAPHAEL WILLIAMS, warden (H.R.Y.C.I)
THOMAS CARROLL, warden (D.C.C.)
C.M.S, correctional Medical Service
JANICE HENRY, captain (D.C.C.)
STACEY HOLLIS, counselor (D.C.C.)
NATASHA L. HOLLINGSWORTH, sgt. (D.C.C.)

CIVIL ACTION
(CIVIL RIGHTS COMPLAINT)
NO. #07-230-JJF


FILED AUG - 3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BP scanned