IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND E. BLAKE, | : | |
| Plaintiff, | : | |
| v. | : | Civ. Action No. 07-230-JJF |
| C.M.S., et al., | : | |
| Defendants. | : | |

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that,

Plaintiff's Complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 4(m) and for failure to comply with the May 16, 2008 Order, for the reasons that follow:

Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee. On May 16, 2008, the Court entered an Order requiring Plaintiff to submit copies of the Amended Complaint so that service could be effected. (D.I. 28.) Plaintiff was advised failure to provide the required copies within thirty (30) days from the date of the Order may result in the Complaint being dismissed or Defendants being dismissed. The time has passed to submit the required copies, and to date they have not been received.

| 7/1/08 | Joseph J. Farnan |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |